IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC BENNETT,                    )
                                   )
              Plaintiff,           )
                                   )
       v.                          )        CASE NO.  2:18-CV-498-WKW
                                   )                 [WO]
MONTGOMERY MUNICIPAL               )
JAIL,                              )
                                   )
              Defendant.           )

## ORDER

On July 2, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 13.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 27th day of July, 2018.

_____
          /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE